NUMBER 13-05-137-CV

 

                         COURT OF APPEALS

 

               THIRTEENTH DISTRICT OF TEXAS

 

                  CORPUS CHRISTI - EDINBURG

_________________________________________________________________

 

ROBERT ZUNIGA,                                                    Appellant,

 

                                           v.

 

JORGE
A. MARTINEZ, M.D., ET AL.,                           Appellees.

_________________________________________________________________

 

                  On appeal from the 206th
District Court

                           of Hidalgo
County, Texas.

_________________________________________________________________

 

                     MEMORANDUM OPINION

 

                Before Justices
Hinojosa, Yañez, and Garza

                       Memorandum Opinion Per
Curiam

 

Appellant, ROBERT
ZUNIGA, attempted to perfect an appeal from an order entered by the 206th District Court of Hidalgo County, Texas, in
cause no. C-490-03-D. 
The clerk=s record was received
on June 28, 2005.  








Upon review of the
clerk=s record, it appeared
that the order from which this appeal was taken was not a final appealable
order.  Pursuant to Tex. R. App. P. 42.3, notice of this
defect was given so that steps could be taken to correct the defect, if it
could be done.  Appellant was advised
that, if the defect was not corrected within ten days from the date of receipt
of this notice, the appeal would be dismissed for want of jurisdiction.  Appellant failed to file a response as
requested by this Court. 

The Court, having
considered the documents on file and appellant=s failure to respond to this Court=s notice, is of the
opinion that the appeal should be dismissed for want of jurisdiction. The
appeal is hereby DISMISSED FOR WANT OF JURISDICTION.

PER CURIAM

 

Memorandum Opinion delivered and filed this

the 31st day of August, 2005.